# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>vs.<br><br>JOHN EDMONSTON,<br><br>                      Defendant. | CR-15-69-GF-BMM<br><br>**ORDER** |

Defendant John Edmonston has moved for early termination of his current term of supervised release. (Doc. 33.) The Government does not oppose the motion. (Doc. 34.) The Court conducted a hearing on the motion on August 7, 2019. For the reasons below, the Court will grant Edmonston's motion.

Edmonston pleaded guilty to Conspiracy to Defraud the United States. The Court sentenced Edmonston to five years of probation on May 5, 2016. Edmonston has completed 36 of the 60 months of probation. Edmonston's probation officer has indicated that Edmonston has complied with all of his supervision conditions.

Federal law authorizes a defendant to move for termination of his supervised release after successfully completing one year if the Court is satisfied that such action remains "warranted by the conduct of the defendant and the interests of justice." 18 U.S.C. § 3564(c). The Court must consider the factors in 18 U.S.C. § 3553(a) when evaluating whether to terminate a term of supervised release.

The record reflects that Edmonston has complied with his supervision conditions. Edmonston has demonstrated that he is able to conform his conduct to the law. Edmonston has obtained steady employment and has changed his lifestyle to address the Court's obligations. Edmonston does not pose a threat to the community. The factors in 18 U.S.C. § 3553 support an early termination of supervised release.

Accordingly, **IT IS ORDERED**:

1. Defendant's Motion for Early Termination of Supervised Release (Doc. 33) is **GRANTED**.

DATED this 8th day of August, 2019.

Brian Morris
United States District Court Judge